ANNA BICKMAN et al., Appellants, *v.* CITY OF NEW YORK et al., Respondents.

Argued June 11, 1940; decided July 24, 1940.

*Murray Weiss* for appellants.

*William C. Chanler, Corporation Counsel (Milton I. Newman* and *Paxton Blair* of counsel), for respondents.

*A. Joseph Geist* and *Theodore Kadin* for Chamber of Commerce of the Rockaways, *amicus curiæ.*

Judgment affirmed, with costs. The validity of any assessment imposed may be challenged hereafter. We do not pass now upon such question. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.